JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

EXELIXIS, INC.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Anthony D. Raucci; Morris, Nichols, Arsht & Tunnell LLP,
1201 North Market Street, Wilmington, DE 19801
(302) 658-9200

## DEFENDANTS

INTAS PHARMACEUTICALS LTD. and ACCORD HEALTHCARE INC.

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &     Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Slander     Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 330 Federal Employers'     Product Liability | | ☒ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | Liability   ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine     Injury Product | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product     Liability | **LABOR** | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | Liability   **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | Product Liability   ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 360 Other Personal     Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | Injury   ☐ 385 Property Damage | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 362 Personal Injury -     Product Liability | ☐ 791 Employee Retirement Income Security Act | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | Medical Malpractice | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | **CIVIL RIGHTS**   **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights   **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 441 Voting   ☐ 463 Alien Detainee | | | |
| | ☐ 442 Employment   ☐ 510 Motions to Vacate Sentence | | | |
| | ☐ 443 Housing/   ☐ 530 General | | | |
| | Accommodations   ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | ☐ 445 Amer. w/Disabilities - Employment   **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education   ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. § 271

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE   Richard G. Andrews
DOCKET NUMBER   See attached list

DATE
07/06/2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Anthony D. Raucci

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## LIST OF RELATED CASES

*Exelixis, Inc. v Azurity Pharmaceuticals, Inc., et al.*, C.A. No. 25-478 (RGA) (Consolidated with C.A. No. 24-1208) (Pending)

*Exelixis, Inc. v. Biocon Pharma Limited, et al.*, C.A. No. 25-452 (RGA) (Dismissed 9/5/2025)

*Exelixis, Inc. v. Sun Pharmaceutical Industries Ltd., et al.*, C.A. No. 25-423 (RGA) (Consolidated with C.A. No. 24-1208) (Dismissed 12/30/25)

*Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*, C.A. No. 25-346 (RGA) (Consolidated with C.A. No. 24-1208) (Pending)

*Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*, C.A. No. 24-1208 (RGA) (Consolidated) (Pending)

*Exelixis, Inc. v. Cipla Ltd., et al.*, C.A. No. 24-565 (RGA) (Dismissed 7/9/2024)

*Exelixis, Inc. v. Cipla Ltd., et al.*, C.A. No. 23-287 (RGA) (Dismissed 7/9/2024)

*Exelixis, Inc. v. Teva Pharmaceutical Industries Limited, et al.*, C.A. No. 22-1168 (RGA) (Consolidated with 21-871; Dismissed 9/19/2023)

*Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*, C.A. No. 22-945 (RGA) (Consolidated with 22-228; Final Judgment 10/23/2024)

*Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*, C.A. No. 22-228 (RGA) (JLH) (Final Judgment 10/23/2024)

*Exelixis, Inc. v. Teva Pharmaceutical Industries Limited, et al.*, C.A. No. 21-871 (RGA) (JLH) (Dismissed 9/19/2023)

*Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*, C.A. No. 20-633 (RGA) (SRF) (Consolidated with 19-2017; Final Judgment 1/30/2023)

*Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*, C.A. No. 19-2017 (RGA) (SRF) (Final Judgment 1/30/2023)

*Exelixis, Inc. v. MSN Labs. Pvt. Ltd.*, C.A. No. 25-1236 (C.A.F.C.)

*Exelixis, Inc. v. MSN Labs. Pvt. Ltd.*, C.A. No. 25-1241 (C.A.F.C.)

*Azurity Pharms., Inc. v. Exelixis, Inc.*, IPR2025-00210 (P.T.A.B.)

*Azurity Pharms., Inc. v. Exelixis, Inc.*, IPR2025-00427 (P.T.A.B.)